No. 123, Misc. MANNING *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois;

No. 127, Misc. POPPE *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois;

No. 132, Misc. ROLLO ET AL. *v.* FRISBIE, WARDEN. Supreme Court of Michigan;

No. 136, Misc. WATKINS *v.* CALIFORNIA. District Court of Appeal, 2d Appellate District, of California;

No. 142, Misc. WILLIAMS *v.* NEW YORK. Supreme Court of New York;

No. 144, Misc. ANDERSON *v.* MISSOURI. Supreme Court of Missouri;

No. 145, Misc. REEDER *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois;

No. 147, Misc.  BAUTZ *v.* RAGEN, WARDEN.  Circuit Court of Will County, Illinois;

No. 148, Misc.  WELLS *v.* RAGEN, WARDEN.  Circuit Court of Madison County, Illinois;

No. 149, Misc.  KELLOGG *v.* MILLER, WARDEN.  Supreme Court of Wyoming;

No. 154, Misc.  BANKS *v.* RAGEN, WARDEN.  Supreme Court of Illinois; and

No. 158, Misc.  BALDRIDGE *v.* RAGEN, WARDEN.  Supreme Court of Illinois.  The petitions for writs of certiorari in these cases are severally denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications.